# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

CINDY ANN WILKINSON                              CIVIL ACTION

VERSUS

MICHAEL J. ASTRUE, ET AL.                    NO.: 12-00059-BAJ-SCR

## RULING AND ORDER

On August 30, 2013, United States Magistrate Judge Stephen C. Riedlinger issued a report and recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B), recommending that the final decision of Defendant Commissioner Michael J. Astrue ("Astrue") be reversed, and that this matter be remanded to Astrue for reevaluation of Plaintiff Cindy Ann Wilkinson's ("Wilkinson") claim for benefits. (Doc. 20.)

The Magistrate Judge's Report specifically notified Astrue that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. (Doc. 20, p. 1.) A review of the record indicates that Astrue did not file written objections to the Magistrate Judge's Report.

Having carefully considered the Magistrate Judge's Report, the record, and the applicable law, the Court concludes that the Magistrate Judge's Report is correct, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

IT IS ORDERED that the **Magistrate Judge's Report (Doc. 20)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Social Security Commissioner Michael J. Astrue's decision denying Plaintiff Cindy Ann Wilkinson's application for supplemental security income benefits is **REVERSED**.

**IT IS FURTHER ORDERED** that the above-captioned matter is **REMANDED** to Social Security Commissioner Michael J. Astrue for reevaluation of Plaintiff Cindy Ann Wilkinson's claim for benefits.

Baton Rouge, Louisiana, this 20th day of September, 2013.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA